IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JACKIE F. HALL,

        Plaintiff,

v.                                        CIVIL ACTION NO.  3:13-24198

CAROLYN W. COLVIN,
Acting Commissioner of the
Social Security Administration,

        Defendant.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable R. Clarke VanDervort, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge has submitted findings of fact and recommended that the Court grant Defendant's Unopposed Motion to Remand (ECF No. 16), reverse or vacate the decision of the Commissioner, and remand Plaintiff's case to the Commissioner pursuant to the fourth Sentence of 42 U.S.C. 405(g) for further proceedings as outlined in the unopposed Motion.  Neither party has filed objections to the Magistrate Judge's findings and recommendations.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **GRANTS** Defendant's Unopposed Motion to Remand (ECF No. 16), **VACATES** the decision of the Commissioner, and **REMANDS** Plaintiff's case to the

Commissioner pursuant to the fourth Sentence of 42 U.S.C. 405(g) for further proceedings as outlined in the unopposed Motion, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: September 30, 2014

ROBERT C. CHAMBERS, CHIEF JUDGE